# Exhibit A

US00D520160S

(12) **United States Design Patent** (10) Patent No.: **US D520,160 S**
Lee                                   (45) Date of Patent: ∗∗ **May 2, 2006**

(54) **FLASHLIGHT DEVICE**

(76) Inventor: **Wen Sung Lee**, 8F-2, No. 60-2, Gong Yeh Chu 1st Road, Taichung 407 (TW)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/222,540**

(22) Filed: **Feb. 1, 2005**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/720,604, filed on Nov. 20, 2003.

(51) **LOC (8) Cl.** .................................................. **26-02**
(52) **U.S. Cl.** ....................................................... **D26/37**
(58) **Field of Classification Search** ............ D26/37–50;
362/157, 158, 171–174, 183–208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D431,308 S | ∗ | 9/2000 | Lynch et al. ................. | D26/37 |
| D496,479 S | ∗ | 9/2004 | Ashfield ...................... | D26/37 |
| D508,139 S | ∗ | 8/2005 | Yen ............................. | D26/37 |
| D509,611 S | ∗ | 9/2005 | Chou ........................... | D26/37 |

∗ cited by examiner

*Primary Examiner*—Marcus A. Jackson
(74) *Attorney, Agent, or Firm*—Charles E. Baxley

(57) **CLAIM**

The ornamental design for a flashlight device, as shown and described.

**DESCRIPTION**

FIG. 1 is an upper perspective view of a flashlight device showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a left side elevational view thereof; and,
FIG. 7 is a right side elevational view thereof.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 3



FIG. 2



FIG. 4



FIG. 5



FIG. 6



FIG. 7